LOUISA CAMMAN, respondent,

*v.*

JOSHUA DOUGHTY, JR., executor, &c., appellant.

[Submitted December 11th, 1911.   Decided March 4th, 1912.]

On appeal from a decree of the prerogative court advised by the Vice-Ordinary.

*Mr. John F. Reger,* for the appellant.

*Mr. Alvah A. Clark,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Ordinary Walker.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY—12.

*For reversal*—BERGEN, VROOM—2.